IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ROBERT KOLESAR, AS ATTORNEY**
**IN FACT FOR VERA KOLESAR**                                                   **PLAINTIFF**

vs.                                  **CASE NO. 4:11-CV-915 SWW**

**THE EVANGELICAL LUTHERAN GOOD**
**SAMARITAN SOCIETY (incorrectly named**
**EVANGELICAL LUTHERAN GOOD SAMARITAN**
**SOCIETY); THE EVANGELICAL LUTHERAN GOOD**
**SAMARITAN SOCIETY d/b/a GOOD SAMARITAN**
**SOCIETY - HOT SPRINGS VILLAGE (incorrectly**
**named EVANGELICAL LUTHERAN GOOD**
**SAMARITAN SOCIETY d/b/a GOOD SAMARITAN**
**CAMPUS HOT SPRINGS); GOOD SAMARITAN SOCIETY**
**INSURANCE, LTD.; CORRINE WHITE, IN HER CAPACITY AS**
**ADMINISTRATOR OF GOOD SAMARITAN SOCIETY – HOT**
**SPRINGS VILLAGE; JOHN DOE I; JOHN DOE II;**
**JOHN DOE III; JOHN DOE IV; and JOHN DOE V**                 **DEFENDANTS**

## AMENDED CONSENT TO NOTICE OF REMOVAL

Come Separate Defendant Corinne White, in support of her Amended Consent to Notice of Removal of the above-captioned action to the United States District Court for the Eastern District of Arkansas, Little Rock Division, from the Circuit Court of Saline County, Arkansas, respectfully submit as follows:

1.      On December 29, 2011, Separate Defendants The Evangelical Lutheran Good Samaritan Society and The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society - Hot Springs Village filed their Notice of Removal (Docket Entry #1).

2.      On January 3, 2012, Separate Defendant Corinne White was served with a Summons and Complaint in the action captioned *Robert Kolesar, as Attorney in Fact for Vera Kolesar v. Evangelical Lutheran Good Samaritan Society; Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Campus Hot Springs; Good Samaritan Society*

*Insurance, Ltd.; Corrine White, in her capacity as Administrator of Good Samaritan Society – Hot Springs Village; John Doe I; John Doe II; John Doe III; John Doe IV; and John Doe V*, Circuit Court of Saline, Arkansas, Case No. 63 CV 2011-887-3.

3. At the time of commencement of this action, and through the present time, Corinne White was, and still remains, a full time resident of North Dakota. Corinne White is a citizen of North Dakota for purposes of 28 U.S.C. 1332 and has maintained a permanent domicile in North Dakota since the commencement of this action.

4. This Consent is filed reserving, and without waiving, any and all claims, including counterclaims, rights, positions and/or defenses, including defenses under Rule 12 of the Federal Rules of Civil Procedure that Separate Defendant Corinne White has and/or may have.

5. Separate Defendant Corinne White's Amended Consent to Notice of Removal is being filed within the time period required by 28 U.S.C. § 1446(b). *See Marano Enterprises of Kansas v. Z-Teca Restaurants, L.P.*, 254 F.3d 753, 756 (8th Cir. 2001) (holding that each defendant has 30 days after receiving service within which to file a notice of removal, regardless of when, or if, previously served defendants had filed such notices).

WHEREFORE, Separate Defendant respectfully consents and joins in the removal of this action from the Circuit Court of Saline County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Little Rock Division.

Respectfully submitted,

/s/ Zachary T. Steadman
R.T. Beard, III (Bar No. 71005)
Zachary T. Steadman (Bar No. 2007180)
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
(501) 688-8800
rbeard@mwlaw.com
zsteadman@mwlaw.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following CM/ECF participants:

David A. Hodges
Attorney at Law
212 Center Street, 5th Floor
Little Rock, AR  72201
david@hodgeslaw.com

Gene Ludwig
Ludwig Law Firm
1 Three Rivers Road
Little Rock, AR  72223
gene@ludwiglaw.com

/s/ Zachary T. Steadman
Zachary T. Steadman (Ark. Bar No. 2007180)