**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RANDI SILKMAN, as executor and on behalf of the estate of Vera Kolesar | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:11CV00915  SWW |
| EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, ET AL. | * * * | |
| Defendants | * | |

**ORDER**

By order entered December 6, 2012 (ECF No. 50), the Court stayed this case pursuant to *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 817, 96 S. Ct. 1236 (1976), in deference to a concurrent state-court case.  Based on information set forth in recently-filed status reports (ECF Nos. 57, 58), it is still possible that the parties' dispute will return to this Court.  However, the case will be administratively terminated for reporting purposes until such time as a party files a motion to restore the case to the active docket and the Court determines that the case should be reactivated.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to administratively terminate this case for reporting purposes.

IT IS SO ORDERED THIS 27TH DAY OF FEBRUARY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE