**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RANDI SILKMAN, as executor and on behalf of the Estate of Vera Kolesar | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:11CV00915  SWW |
| EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, ET AL. | * * * | |
| Defendants | * | |

**ORDER**

By letter from Plaintiff's counsel dated July 21, 2016 [ECF No. 69], the Court received notice that the parties have settled this dispute. The letter states in part as follows:

> The court may want to enter an Order that you normally would do, or many Judges do, dismissing it and preserving it pending any problem with the completion of the settlement.

By order entered July 27, 2016 [ECF No. 70], the Court notified the parties that it construes counsel's letter as Plaintiff's motion requesting that the Court dismiss this case but retain jurisdiction for the purpose of enforcing the settlement agreement.  The Court also gave Defendants an opportunity to respond.

Separate Defendants Evangelical Lutheran Good Samaritan Society, Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society-Hot Springs Village, and Corinne White have now filed a response [ECF No. 71], confirming that the parties have resolved this dispute and stating no objection to dismissal and retention of jurisdiction for the purpose of enforcing the settlement agreement.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

The Court retains jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED THIS 15TH DAY OF AUGUST, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE